UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| LARRY TERRELL HOWARD, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 4:17 CV 2783 RWS |
|  | ) |  |
| MEDIUM SECURITY INSTITUTION, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis. Plaintiff, a prisoner, has filed at least three previous cases that were dismissed as frivolous, malicious, or for failure to state a claim.[1] Under 28 U.S.C. § 1915(g), therefore, the Court may not grant the motion unless plaintiff "is under imminent danger of serious physical injury."

After carefully reviewing the complaint, the Court finds no allegations that show plaintiff is in imminent danger of serious physical injury.[2] As a result, the Court will deny the motion and dismiss this action without prejudice to refiling as a fully-paid complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. #2] is **DENIED**.

---

[1] *See Howard v. MDOC*, No. 4:17-CV-2575 DDN (E.D.Mo.); *Howard v. St. Louis County Justice Center*, No. 4:17-CV-2577 ACL (E.D.Mo.); *Howard v. Miller*, No. 4:17-CV-2579 RLW (E.D.Mo.).

[2] The allegations complained of occurred more than three years prior and relate to a broken tooth plaintiff alleges he had during a four to six week time period during 2014. There is no allegation that plaintiff is in any imminent danger currently.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 19th day of January, 2018.